*TEMUJIN KENSU v. BORGERDING M.D., et al*
*USDC- ED of Mich. No. 4:16-cv-13505*

# EXHIBIT A

*Defendant Borgerding's Response to Plaintiff's Third Set of Interrogatories and Requests for Production of Documents to Defendant William Borgerding, M.D. dated May 18, 2018*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TEMUJIN KENSU #189355,

    Plaintiff,

v

WILLIAM BORGERDING, M.D.,
CATHY LEWIS, SABRINA AIKENS,
R.U.M. BRIAN EVERS, WARDEN
PAUL KLEE, A.R.U.S. ANNE
DONAGHY, R.U.M. D. MARTIN,
A.R.U.S. D. NICHOLS, DEPUTY LEE
McROBERTS, SHERMAN CAMPBELL,
MELODY WALLACE, RICHARD
RUSSELL, HEIDI E. WASHINGTON,
JOSHUA D. SCHAD, RICHIE A.
GALLATIN, NORMA R. KILLOUGH,
DANIEL HEYNS, PATRICIA CARUSO,
RUSSELL A. VITTITOW, JASON
STOLTENBERG, WARDEN LLOYD
RAPELJE, CORIZON, INC., MINNIE
MARTIN, and ROBERT LACY,

    Defendants.

No. 4:16-cv-13505

HON. LINDA V. PARKER

MAG. STEPHANIE
DAWKINS DAVIS

---

Solomon M. Radner (P73653)
Keith L. Altman
Attorney for Plaintiff
EXCOLO LAW, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
866.939.2656

Chapman Law Group

Michael R. Dean (P71333)
Assistant Attorney General
Attorney for MDOC
Civil Litigation, Employment
& Elections Division
P.O. Box 30736
Lansing, MI 48909
517.373.6434

1

Ronald W. Chapman (P37603)
Carly Van Thomme (P59706)
Patrick L. Klida (P78737)
Kevin A. McQuillan (P79083)
Attorneys for Defendants Corizon, Inc.
and Robert Lacy, D.O.
1441 West Long Lake Road, Suite 310
Troy, MI 48098
248.644.6326

_____/

# DEFENDANT BORGERDING'S RESPONSE TO PLAINTIFF'S THIRD SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT WILLIAM BORGERDING, M.D. DATED MAY 18, 2018

## REQUESTS FOR PRODUCTION

**Request No. 1**: Produce (with bates-stamps) all diagnostic testing records, whether the testing was by imaging or physical, diagnostic testing, performed on the Plaintiff while under your care, including but not limited to:

1. X-Rays (Standard, Floral, or Other)
2. CT Scans
3. MRI's
4. Barium Swallows or X-Rays
5. Colonoscopies
6. Barium Enemas
7. EMG's
8. EGD's
9. Mirror Laryngoscopies
10. Surgical Procedures
11. Biopsies
12. EKG's
13. Cardiac Stress Tests
14. Other Cardiac Testing
15. Pulmonary Testing
16. Os Calsis Study

**RESPONSE**: Dr. Borgerding retired from the Michigan Department of Corrections (MDOC) effective October 13, 2017 and did not provide Plaintiff with direct patient care while employed by the MDOC. Defendant objects to providing Plaintiff's medical records because

2

Plaintiff can obtain a copy of his own medical records pursuant to Policy Directive 03.04.108, "Prisoner Health Information." In addition, and without waiving any objection, it is Defendant's understanding that Plaintiff's medical records have been provided to him pursuant to this litigation and an updated as of April 24, 2018, bates numbers MDOC-MED_0001 - MDOC-MED_0576, was provided on April 26, 2018. Further, it is my understanding that Plaintiff's MDOC healthcare record was initially provided to Plaintiff on April 27, 2017, bates numbers MDOC.Defs_0158 - MDOC.Defs_5129.

## INTERROGATORIES

**INTERROGATORY NO. 1**: For all records produced in response to Request No. 1 above, identify all facilities, whether it be prison or civilian, where such testing was performed, the specific type of test performed, the reason it was performed, the date it was performed, who performed the test, who reviewed the results and on what date and where the original test result or record is retained, (i.e. CD's or Electronic Files of CT Scans or MRI's, Original X-Ray Films or Digital Records, Video of Procedures such as Colonoscopies, Surgeries, Physical Tissue or Blood Samples etc.).

**RESPONSE**: Dr. Borgerding retired from the MDOC effective October 13, 2017 and did not provide Plaintiff with direct patient care while employed by the MDOC. Defendant objects to providing Plaintiff's medical records because Plaintiff can obtain a copy of his own medical records pursuant to Policy Directive 03.04.108, "Prisoner Health Information." In addition, and without waiving any objection, it is Defendant's understanding that Plaintiff's medical records have been provided to him pursuant to this litigation and have been updated as of April 24, 2018, bates numbers MDOC-MED_0001 - MDOC-MED_0576, was provided on April 26, 2018. Further, it is my understanding that Plaintiff's MDOC healthcare record was initially provided to Plaintiff on April 27, 2017, bates numbers MDOC.Defs_0158 - MDOC.Defs_5129.

**INTERROGATORY NO. 2**: For all blood testing or other laboratory testing results, identify the specific facility, whether it be prison or civilian, the date and where the sample was drawn, who drew the

sample, and identify the specific laboratory used (with contact information) and the technician who tested the sample or performed any diagnostics in question as well as the batch, test or sample number.

**RESPONSE:** Dr. Borgerding retired from the MDOC effective October 13, 2017 and did not provide Plaintiff with direct patient care while employed by the MDOC. Defendant objects to providing Plaintiff's medical records because Plaintiff can obtain a copy of his own medical records pursuant to Policy Directive 03.04.108, "Prisoner Health Information." In addition, and without waiving any objection, it is Defendant's understanding that Plaintiff's medical records have been provided to him pursuant to this litigation and have been updated as of April 24, 2018, bates numbers MDOC-MED_0001 - MDOC-MED_0576, was provided on April 26, 2018. Further, it is my understanding that Plaintiff's MDOC healthcare record was initially provided to Plaintiff on April 27, 2017, bates numbers MDOC.Defs_0158 - MDOC.Defs_5129.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ *Michael R. Dean*
Michael R. Dean (P71333)
Assistant Attorney General
Attorney for MDOC Defendants
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI 48909
517.373.6434

Date: June 15, 2018

4