# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TEMUJIN KENSU #189355,
f/k/a FREDERICK FREEMAN,

    Plaintiff,

v.

BORGERDING, M.D., et al

    Defendants,

Case No: 4:16-cv-13505
District Judge: Linda V. Parker
Magistrate Judge: Stephanie Dawkins Davis

---

| EXCOLO LAW, PLLC | CHAPMAN LAW GROUP |
|---|---|
| Solomon M. Radner (P73653) | Ronald W. Chapman Sr., M.P.A., LL.M (P37603) |
| 26700 Lahser Rd., Suite 401 | Carly Van Thomme (P59706) |
| Southfield, MI 48033 | John C. Cardello (P58082) |
| (248) 291-9712 | Attorneys for Robert Lacy, D.O., and Jeffrey Bomber, D.O. |
| sradner@excololaw.com | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| MICHIGAN DEPT. OF ATTORNEY GENERAL | (248) 644-6326 |
| Douglas G. Powe (P36409) | rchapman@chapmanlawgroup.com |
| Attorney for MDOC Defendants | cvanthomme@chapmanlawgroup.com |
| P.O. Box 30736 | jcardello@chapmanlawgroup.com |
| Lansing, MI 48909 | |
| (517) 373-6434 | |
| powed1@michigan.gov | |

---

**DEFENDANTS ROBERT LACY, D.O. AND JEFFREY BOMBER, D.O.'S EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)(A)**

NOW COME Defendants ROBERT LACY, D.O., AND JEFFREY BOMBER, D.O. by and through their attorneys, CHAPMAN LAW GROUP, and for their Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2)(A), state as follows:

## RETAINED EXPERT WITNESSES

1. **Arnold J. Feltoon, M.D., F.A.A.E.M., C.C.H.P. (Retained Expert – Correctional Medicine)**

   c/o Chapman Law Group

   *See* attached Expert Report.

2. **Paul J. Drouillard, D.O., F.A.O.A.O. (Retained Expert – Orthopedic Surgeon)**

   c/o Chapman Law Group

   *See* attached Expert Report.

## NON-RETAINED EXPERTS

3. **Defendant Robert Lacy, D.O.**
   c/o Chapman Law Group

   Dr. Lacy will testify regarding his involvement in Mr. Kensu's medical care, as reflected in Mr. Kensu's MDOC medical records. He will offer expert testimony pursuant to Fed. R. Evid. 702, 703, and/or 705 regarding his examination, assessment, and treatment of Mr. Kensu, as well as regarding information that Mr. Kensu reported to him for purposes of medical treatment and regarding Mr. Kensu's medical records, including facts and opinions set forth therein.

4. **Defendant Jeffery Bomber, D.O.**
   c/o Chapman Law Group
   Dr. Bomber will testify regarding his involvement in Mr. Kensu's medical care, as reflected in Mr. Kensu's MDOC medical records. He will offer expert testimony pursuant to Fed. R. Evid. 702, 703, and/or 705 regarding his examination, assessment, and treatment of Mr. Kensu, as well as regarding information that Mr. Kensu reported to him for purposes of medical treatment and regarding Mr. Kensu's medical records, including facts and opinions set forth therein.

5. **Any expert identified by any other party, whether or not that party calls the expert to testify.**

6. **Any medical treater identified in any of Mr. Kensu's medical records (including but not limited to MDOC medical records).**

   These non-retained witnesses will offer expert testimony pursuant to Fed. R. Evid. 702, 703, and/or 705, including but not limited to information regarding their personal involvement in Mr. Kensu's medical care, including the opinions they formed at the time of their involvement. They also will testify regarding Mr. Kensu's medical records that are related to their involvement, including facts and opinions set forth therein.

7. **Any medical treater identified in depositions, identified in written discovery, and/or otherwise identified during the course of discovery.**

   These non-retained witnesses will offer expert testimony pursuant to Fed. R. Evid. 702, 703, and/or 705, including but not limited to information regarding their personal involvement in Mr. Kensu's medical care, including the opinions they formed at the time of their involvement. They also will testify regarding Mr. Kensu's medical records that are related to their involvement, including facts and opinions set forth therein.

8. **Any and all necessary rebuttal witnesses.**

Respectfully submitted,

CHAPMAN LAW GROUP

Dated: May 1, 2018

/Ronald W. Chapman, (P37603)
Carly Van Thomme (P59706)
John C. Cardello (P58082)
Attorneys for Defendants Robert Lacy, D.O.
and Jeffrey Bomber, D.O.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
cvanthomme@chapmanlawgroup.com
jcardello@chapmanlawgroup.com

## PROOF OF SERVICE

I certify that DEFENDANTS ROBERT LACY, D.O. AND JEFFREY BOMBER, D.O.'S EXPERT DISCLOSURES PURSUANT TO FED R. CIV. P 26(A)(2)(A) was served upon all attorneys of record on this ___ day of May, 2018, by means of:

[X] U.S. Mail   [ ] Hand Delivery
[ ] Facsimile  [ ] _____

EMMA BARKO

**CHAPMAN LAW GROUP**

25 YEARS DEDICATED TO HEALTH LAW

MICHIGAN | FLORIDA

1441 West Long Lake Road, Suite 310
Troy, MI 48098



METROPLEX
MI 480
02 MAY '18
PM 2 L

EXCOLO LAW FIRM PLLC
Solomon M. Radner
26700 Lahser Rd., Suite 400
Southfield MI 48033-2618

$0.680
US POSTAGE
FIRST-CLASS
FROM 48098
MAY 01 2018
stamps.com

06250007688582