UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TEMUJIN KENSU #189355,

    Plaintiff,

v                                                                                  No. 4:16-cv-13505

WILLIAM BORGERDING, M.D.,                              HON. LINDA V. PARKER
CATHY LEWIS, SABRINA AIKENS,
R.U.M. BRIAN EVERS, WARDEN                            MAG. DAVID R. GRAND
PAUL KLEE, A.R.U.S. ANNE
DONAGHY, R.U.M. D. MARTIN,                             **STIPULATED ORDER**
A.R.U.S. D. NICHOLS, DEPUTY LEE                        **ADJOURNING FINAL**
McROBERTS, SHERMAN CAMPBELL,                           **PRETRIAL CONFERENCE**
MELODY WALLACE, RICHARD                                **AND TRIAL**
RUSSELL, HEIDI E. WASHINGTON,
JOSHUA D. SCHAD, RICHIE A.
GALLATIN, NORMA R. KILLOUGH,
DANIEL HEYNS, PATRICIA CARUSO,
RUSSELL A. VITTITOW, JASON
STOLTENBERG, WARDEN LLOYD
RAPELJE, CORIZON, INC., MINNIE
MARTIN, and ROBERT LACY,

    Defendants.

_____

| | |
|---|---|
| Keith L. Altman (P81702) | Michael R. Dean (P71333) |
| Attorney for Plaintiff | James T. Farrell (P35400) |
| The Law Office of Keith Altman | Assistants Attorney General |
| 33228 West 12 Mile Road, Ste 375 | Michigan Dept of Attorney General |
| Farmington Hills, MI 48334 | Attorneys for MDOC |
| (516) 456-5885 | MDOC Division |
| | P.O. Box 30217 |
| Chapman Law Group | Lansing, MI  48909 |
| Wedad Suleiman (P81970) | (517) 335-3055 |
| Ronald W. Chapman (P37603) | |
| Attorneys for Defendant Robert Lacy, D.O. | |
| 1441 West Long Lake Road, Ste 310 | |
| Troy, MI 48098 | |
| (248) 644-6326 | |

_____/

# ORDER ADJOUNRING FINAL PRETRIAL CONFERENCE AND JURY TRIAL

Due to schedule conflicts defense counsel have with the July 12, 2022 final pretrial conference and the August 2, 2022 jury trial scheduled in this matter, and based on the stipulation of the parties,

It is **ORDERED** that the July 12, 2022 final pretrial conference and August 2, 2022 jury trial scheduled in this matter are adjourned to a date to be determined by the Court.[1]

Final Pretrial Conference: October 6, 2022 at 11:00 a.m.

Trial: October 18, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: April 8, 2022

Stipulated to by:

/s/ Keith Altman (w/consent)
Keith Altman (P81702)
Counsel for Plaintiff

---

[1] The parties prefer a September 2022 trial date but understand the Court will schedule according to its docket.

1

*/s/James T. Farrell*_____
James T. Farrell (P35400)
Counsel for MDOC Defendants

/s/ Ronald W. Chapman (w/consent)____
Wedad Suleiman (P81970)
Ronald W. Chapman (P37603)
Attorneys for Defendant Robert Lacy, D.O.

2