UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

        Plaintiff,        Civil Action No. 16-13505
                                   Honorable Linda V. Parker

v.

WILLIAM BORGERDING, et al.,

        Defendant.
_____/

## ORDER STRIKING FILINGS (ECF No. 257, 258 and 259)

The Court has reviewed the following documents:
Proposed Jury Instructions (ECF No. 257)
Proposed Jury Instructions (ECF No. 258)
Joint Statement of the Case (ECF 259)

The Court finds that they should be stricken for the following reasons:

☐ Missing statement of concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

■ Does not comply with the Case Management Order in this case for the

following reasons: The documents were to be emailed to the Court; not filed on the docket.

☐ Other:

Accordingly, the filings [ECF No. 257, 258 and 259] are **STRICKEN.**

   **IT IS SO ORDERED.**

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: July 26, 2023