Can we have a list of all the evidence that was submitted?

Exhibits

s/Jury Foreperson

16-13505
8-2-23    9:30 am

Request:
Lewis - testimony transcript

s/Jury Foreperson

16-13505
8-2-23 11:37am

Please continue your deliberations. In doing so, please attempt to rely upon your collective memories of the testimony of the witness about whom you are inquiring. The requested is being prepared.

Judge Parker

We have reached a verdict

s/Jury Foreperson

16-13505
8-2-23  2:38 pm