UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

       Plaintiff,

                            Civil Case No. 16-13505
v.                             Honorable Linda V. Parker

WILLIAM BORGERDING, M.D., et al.,

       Defendants.

_____/

## JURY VERDICT FORM

### (A)  FIRST AMENDMENT RETALIATION CLAIM

#### (1) LIABILITY

Do you find by a preponderance of the evidence that the following Defendant retaliated against Plaintiff in violation of his First Amendment Rights?

| | | |
|---|---|---|
| Brian Evers: | Yes _____ | No _✓_ |
| Dave Martin: | Yes _____ | No _✓_ |
| Robin Coleman: | Yes _____ | No _✓_ |
| Vicki Lewis: | Yes _____ | No _✓_ |
| Richie Gallatin: | Yes _____ | No _✓_ |

*If you answered "yes" as to any Defendant, then go to (2) to determine a damages award as to that Defendant, only.*

*If you answered "no" for all of the Defendants, go to (B) Eighth Amendment Claim.*

#### (2) DAMAGES

If you found for Plaintiff, what amount will compensate Plaintiff for the damages that he sustained as a direct result of the actions of the Defendant(s) found liable above?

    **a. You may award EITHER Compensatory/Actual Damages OR Nominal Damages, but NOT BOTH.**

**Compensatory/Actual Damages:**

$_____ against Brian Evers

$_____ against Dave Martin

$_____ against Robin Coleman

$_____ against Vicki Lewis

$_____ against Richie Gallatin

**OR**

**Nominal Damages (not to exceed $1):**

$_____ against Brian Evers

$_____ against Dave Martin

$_____ against Robin Coleman

$_____ against Vicki Lewis

$_____ against Richie Gallatin

    **b. Punitive Damages:**

Punitive damages may only be awarded if you determine that a Defendant's conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff's rights under the United States Constitution.

What amount of punitive damages, if any, is Plaintiff entitled to?

$_____ against Brian Evers

$_____ against Dave Martin

$_____ against Robin Coleman

$_____ against Vicki Lewis

$_____ against Richie Gallatin

**(B)**   **EIGHTH AMENDMENT CONDITIONS OF CONFINEMENT CLAIM**

### (1) LIABILITY

Do you find by a preponderance of the evidence that the following Defendant violated Plaintiff's Eighth Amendment rights due to the conditions of his confinement?

Brian Evers:          Yes _____   No __✓__

Dave Martin           Yes _____   No __✓__

*If you answered "yes" as to any Defendant, then go to (2) to determine a damages award as to that Defendant, only.*

*If you answered "no" for all of the Defendants, go to (C) First Amendment free exercise claim*

### (2) DAMAGES

If you found for Plaintiff, what amount will compensate Plaintiff for the damages that he sustained as a direct result of the actions of the Defendant(s) found liable above?

> **a.  You may award EITHER Compensatory/Actual Damages OR Nominal Damages, but NOT BOTH.**

**Compensatory/Actual Damages:**

$ _____          against Brian Evers

$ _____          against Dave Martin

**OR**

**Nominal Damages (not to exceed $1):**

$ _____          against Brian Evers

$ _____          against Dave Martin

> **b.  Punitive Damages:**

Punitive damages may only be awarded if you determine that a Defendants' conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff's rights under the United States Constitution.

What amount of punitive damages, if any, is Plaintiff entitled to?

$ _____          against Brian Evers

$ _____          against Dave Martin

**(C)   FIRST AMENDMENT FREE EXERCISE CLAIM**

### (1) LIABILITY

Do you find by a preponderance of the evidence that the following Defendant violated Plaintiff's First Amendment right to exercise his religion?

| | | |
|---|---|---|
| Brian Evers: | Yes _____ | No __✔__ |
| Dave Martin | Yes _____ | No __✔__ |
| Robin Coleman | Yes _____ | No __✔__ |
| Vicki Lewis | Yes _____ | No __✔__ |
| Richie Gallatin | Yes _____ | No __✔__ |

*If you answered "yes" as to any Defendant, then go to (2) to determine a damages award as to that Defendant, only.*

*If you answered "no" for all of the Defendants, your deliberations are complete and you may have the Jury Foreperson sign and notify the Court that you are finished.*

### (2)   Damages

If you found for Plaintiff, what amount will compensate Plaintiff for the damages that he sustained as a direct result of Defendants' actions?

**a.  You may award EITHER Compensatory/Actual Damages OR Nominal Damages, but NOT BOTH.**

**Compensatory/Actual Damages:**

$_____   against Brian Evers

$_____   against Dave Martin

$_____   against Robin Coleman

$_____   against Vicki Lewis

$_____   against Richie Gallatin

**OR**

**Nominal Damages (not to exceed $1):**

$_____   against Brian Evers

$_____   against Dave Martin

$_____   against Robin Coleman

$_____   against Vicki Lewis

$_____   against Richie Gallatin

### b. Punitive Damages:

Punitive damages may only be awarded if you determine that a Defendants' conduct was motivated by evil motive or intent, or if it involved reckless or callous indifference to Plaintiff's rights under the United States Constitution.

What amount of punitive damages, if any, is Plaintiff entitled to?

$_____   against Brian Evers

$_____   against Dave Martin

$_____   against Robin Coleman

$_____   against Vicki Lewis

$_____   against Richie Gallatin

Signed,

s/Jury Foreperson
J    In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

8/2/23

Date