UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

      Plaintiff,

v.

      Case No. 16-cv-13505
      Honorable Linda V. Parker

WILLIAM BORGERDING, M.D.,

      Defendants.
_____/

## OPINION AND ORDER GRANTING THE MOTION TO WITHDRAW BY PLAINTIFF'S COUNSEL (ECF NO. 275)

On August 2, 2023, after a six-day trial, the jury returned a verdict in favor of the five-remaining defendants in this action and against Plaintiff. A Judgment was entered the following day. Plaintiff's claims against all other defendants were dismissed through dispositive motions. The matter is presently before the Court on a motion to withdraw, filed by Plaintiff's counsel on September 11. (ECF No. 275.) Counsel cites a breakdown in the attorney-client relationship as the reason why they seek to terminate their representation.

Defendants do not oppose counsel's request to withdraw, and Plaintiff has not filed an objection to the motion. In fact, after the trial, the Court received a letter from Plaintiff's wife expressing that Plaintiff is displeased with his attorneys' representation—a message Plaintiff also conveyed mid-way through the trial.

The Court finds that good cause exists for Plaintiff's counsel to withdraw and that such withdrawal can be accomplished without material adverse effect on Plaintiff's interests. *See* Mich. R. Prof'l Conduct R. 1.16.

Accordingly,

**IT IS ORDERED** that the motion to withdraw (ECF No. 275) is **GRANTED** and Keith Altman, Solomon M. Radner, and the Law Office of Keith Altman shall be terminated as counsel.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall serve a copy of this Opinion and Order on Plaintiff within 14 days.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 3, 2023